# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————————

## No. 201600265

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## ERIC A. MARQUARDT
Master-at-Arms Seaman (E-3), U.S. Navy
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Ann K. Minami, JAGC, USN.
Convening Authority: Commanding Officer, Marine Corps Security
Force Battalion, Naval Base Kitsap, Bangor, Silverdale, WA.
Staff Judge Advocate's Recommendation: Colonel R.A. Fifer, USMC.
For Appellant: Captain Bree A. Ermentrout, JAGC, USN.
For Appellee: Major Kelli A. O'Neil, USMC; Lieutenant Commander
Jeremy R. Brooks, JAGC, USN.

———————————————

Decided 8 August 2017

———————————————

Before GLASER-ALLEN, MARKS, and LOCHNER, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court